People v Hibbert (2025 NY Slip Op 05424)

People v Hibbert

2025 NY Slip Op 05424

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., CURRAN, SMITH, NOWAK, AND HANNAH, JJ. (Filed Oct. 3, 2025.)

MOTION NO. (87/02) KA 00-02959.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
EVERTON HIBBERT, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reconsideration of writ of error coram nobis denied.